FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:55 am, Dec 15, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| NICHOLAS DEMOND BATTLE, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-84 |
| v. | * | |
| E. MARTYN; and T. FERRELL, in their individual capacities, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's Report and Recommendation was returned as undeliverable, with the notation Plaintiff has been released on parole. Dkt. No. 16.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders, **DIRECTS** the Clerk of Court to **CLOSE**

AO 72A
(Rev. 8/82)

this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this __14__ day of __December__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA